IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROY MARTIN, INDIVIDUALLY AND AS NEXT FRIEND OF I.M., A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:18-CV-00446 |
| DANIEL VANMIL AND PAVEMENT MARKINGS, INC. | § § § | |

**NOTICE OF DEFENDANTS' DISCOVERY TO PLAINTIFF**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Daniel Vanmil and Pavement Markings, Inc. hereby notify the Court that the following documents have been furnished by said Defendants to every other party on this the <u>7th</u> day of February, 2019:

1. Defendants' First Set of Interrogatories to Plaintiff Troy Martin, Individually; and

2. Defendants' First Set of Interrogatories to Plaintiff Troy Martin, as Next Friend for I. M., a minor.

Respectfully submitted,

BY:   /s/ Paul M. Boyd
PAUL M. BOYD
State Bar No. 02775700
BOYD & BOYD
1215 Pruitt Place
Tyler, Texas 75703
903/526-9000
903/526-9001 (Fax)
pboyd@boydlawtexas.com

ATTORNEY FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on this the 7th day of February, 2019, a true and correct copy of the above and foregoing instrument was forwarded via electronic delivery, facsimile and/or U. S. Mail, certified, return receipt requested, to:

     Mr. S. Reed Morgan
     THE CARLSON LAW FIRM
     100 E. Central Texas Expy
     Killeen, TX 76541
     [ATTORNEY FOR PLAINTIFFS]

     Mr. John D. Sloan, Jr.
     SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON &
     SMITH
     P.O. Box 2909
     Longview, TX 75606
     [ATTORNEY FOR PLAINTIFFS]

      /s/ Paul M. Boyd
      PAUL M. BOYD