IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROY MARTIN, INDIVIDUALLY<br>AND AS NEXT FRIEND OF I.M., A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:18-CV-00446 |
| DANIEL VANMIL AND<br>PAVEMENT MARKINGS, INC. | § § § | |

## NOTICE OF DEFENDANTS' DISCOVERY TO PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Daniel Vanmil and Pavement Markings, Inc. hereby notify the Court that the following documents have been furnished by said Defendants to every other party on this the 12th day of February, 2019:

1. Defendants' Initial Disclosure.

              Respectfully submitted,

      BY:  /s/ Paul M. Boyd
          PAUL M. BOYD
          State Bar No. 02775700
          BOYD & BOYD
          1215 Pruitt Place
          Tyler, Texas 75703
          903/526-9000
          903/526-9001 (Fax)
          pboyd@boydlawtexas.com

      ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of February, 2019, a true and correct copy of the above and foregoing instrument was forwarded via electronic delivery, facsimile and/or U. S. Mail, certified, return receipt requested, to:

Mr. S. Reed Morgan
THE CARLSON LAW FIRM
100 E. Central Texas Expy
Killeen, TX 76541
[ATTORNEY FOR PLAINTIFFS]

Mr. John D. Sloan, Jr.
SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON & SMITH
P.O. Box 2909
Longview, TX 75606
[ATTORNEY FOR PLAINTIFFS]

/s/ Paul M. Boyd
PAUL M. BOYD