**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| TROY MARTIN, INDIVIDUALLY, AND § <br> AS NEXT FRIEND OF I.M., MINOR, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DANIEL VANMIL, PAVEMENT § <br> MARKINGS, INC., § <br> § <br> Defendants. § | CIVIL ACTION NO. 9:19-CV-00035-JRG |

## ORDER

Before the Court is Defendants' Motion for Appointment of Guardian Ad Litem (the "Motion"). (Dkt. No. 26.) By their Motion, Defendants seek the appointment of a guardian ad litem for Plaintiff I.M., a minor. Plaintiffs have not opposed the Motion. Having considered the Motion and noting Plaintiffs' lack of opposition, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that:

**Ms. Callan Searcy**
Searcy & Searcy, PC
P.O. Box 3929
Longview, Texas 75606-3929
Email: ccsearcy@jrsearcylaw.com
Telephone: (903) 757-3399
Fax: (903)757-9559

is hereby appointed guardian ad litem of I.M., for the purpose of protecting the interest of the said minor and to represent her in this suit.

**So Ordered this**

**Jul 15, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE